PETER DEFFUR, WHO SUES, &c., DEFENDANT IN ERROR,.
v. JULIUS BRANDES, PLAINTIFF IN ERROR.

Argued March 23, 1900—Decided June 18, 1900.

On error to the Supreme Court.

For the plaintiff in error, *Michael Dunn.*

For the defendant in error, *John W. Harding.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the memorandum filed in that court.

*For affirmance* — DEPUE (CHIEF JUSTICE), GUMMERE, LUDLOW, COLLINS, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES. 9.

*For reversal*—None.